# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-2932
_____

LOUIS DEL FAVERO ORCHIDS,
INC.,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
HEALTH,

    Appellee.

_____

On appeal from the Department of Health.
Michele Tallent, Deputy Secretary of Operations.


September 30, 2020


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Seann M. Frazier, Marc Ito, and Kristen Bond of Parker, Hudson, Rainer & Dobbs, LLP, Tallahassee, for Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Appellee.